```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :
                                     :    19 CR 351 (VM)
    - against -                      :
                                     :    ORDER
JOE MEDINA SERRANO,                  :
                                     :
              Defendant.             :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the sentencing of the above-named defendant shall be held before Judge Marrero on Friday, June 5, 2020 at 11:30 a.m.

**SO ORDERED.**

Dated: New York, New York
       11 March 2020

_____
VICTOR MARRERO
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: 3/11/20