```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :        19 CR 351 (VM)
                                   :
         -against-                 :
                                   :        ORDER
JOE MEDINA SERRANO,                :
                                   :
              Defendant.           :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated May 27, 2020, the parties jointly request that the sentencing of the above-named defendant be adjourned to a date in the fall. (See Dkt. No. 78.) Accordingly, it is hereby ordered that the sentencing of the above-named defendant, currently scheduled for June 5, 2020, be rescheduled to Friday, September 18, 2020 at 10:15 a.m.

**SO ORDERED:**

Dated:   New York, New York
         28 May 2020

*[Signature]*
Victor Marrero
U.S.D.J.