**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2020

VIA ECF AND EMAIL
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Joe Medina Serrano, 19 CR 351 (VM)

Dear Judge Marrero:

On March 31, 2020, following a joint application of the parties, the Court ordered Mr. Medina Serrano's temporary release on bail until the date of his then-scheduled sentencing on June 5, 2020. Following another joint application, earlier this week the Court adjourned Mr. Medina Serrano's sentencing until September 18, 2020. The parties write now jointly to request that the temporary release order be extended until September 18, 2020.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

SO ORDERED.
June 5, 2020
DATE
VICTOR MARRERO, U.S.D.J.

cc:   AUSA Daniel Nessim (via ECF)