```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :    19-CR-351 (VM)
                                    :
          - against -               :    **ORDER**
                                    :
JOE MEDINA SERRANO,                 :
                                    :
                    Defendant.      :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the travel request submitted by counsel for Joe Medina Serrano, the above-captioned defendant, by letter dated August 18, 2020, is granted on the terms and conditions detailed therein. (See Dkt. No. 96).

**SO ORDERED.**

Dated:    New York, New York
          21 August 2020

_____
          Victor Marrero
            U.S.D.J.