**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor
Tel: (212) 417-8750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2020

VIA ECF
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Joe Medina Serrano, 19 CR 351 (VM)

Dear Judge Marrero:

With the consent of the government, I write to respectfully ask that the Court adjourn Mr. Medina-Serrano's sentencing, currently scheduled for September 18, 2020. The parties ask for an adjourned date in mid-October. I need the additional time to effectively prepare a sentencing submission on Mr. Medina Serrano's behalf. Additionally, the parties jointly ask that the Court's temporary release order (ECF Dkt. 59) be extended until the adjourned sentencing date.

Thank you and I hope that you and your chambers remain safe.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Daniel Nessim (via ECF)

---

The request is granted. The sentencing currently scheduled for September 18 at 10:15 a.m. is hereby adjourned until October 16, 2020 at 2 p.m. The temporary release order shall be extended until that date.

SO ORDERED.

9/10/2020
DATE

VICTOR MARRERO, U.S.D.J.