**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th F[loor]
Tel: (212) 41[7-8700]

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

October 6, 2020

VIA ECF
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Joe Medina Serrano, 19 CR 351 (VM)

Dear Judge Marrero:

I write to supplement my earlier request to conduct Mr. Medina Serrano's October 16, 2020 sentencing via videoconferencing. Pursuant to the CARES Act, in order to grant my request, the Court must make a finding that there are specific reasons that the sentencing cannot be further delayed without serious harm to the interests of justice. Such reasons exist here in that Mr. Medina Serrano's sentencing already has been adjourned several times since COVID and both the public and Mr. Medina Serrano have an interest in finality. The government takes no position regarding whether the need for finality is a qualifying basis under the CARES Act but it is available and able to proceed remotely.

Thank you.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defen[der]
Tel: (212) 417-8750

> The Court finds that sentencing cannot be further delayed without serious harm to Defendant's interest in finality. The uncertainty regarding when pandemic conditions will permit in-person sentencing further impairs the interests of justice. In light of these findings, the sentencing will proceed as scheduled on October 16, 2020 via teleconference.

**SO ORDERED.**

10/7/2020
DATE

[signature]
VICTOR MARRERO, U.S.D.J.

cc:   AUSA Daniel Nessim (via ECF)