```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :   19-CR-351 (VM)
                                     :
        - against -                  :   ORDER
                                     :
JOSE MEDINA SERRANO,                 :
                                     :
                    Defendant.       :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the sentencing before the Honorable Victor Marrero on Friday, October 16, 2020 at 2:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          15 October 2020

_____
Victor Marrero
U.S.D.J.