**Federal Defenders**
OF NEW YORK, INC.

52 Du[...]

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Jennifer L. Brown*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

October 27, 2020

VIA ECF
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States of America v. Joe Medina Serrano
      19 Cr. 351 (VM)

Honorable Judge Marrero:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Joe Medina Serrano's passport to Mr. Medina Serrano, or to a representative from my office. As a sentenced defendant, Pretrial Services no longer will retain Mr. Medina Serrano's passport. Pretrial Services has informed my office, however, that they can only release Mr. Medina Serrano's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/
Julia Gatto
Assistant Federal Defender


SO ORDERED:

[signature]
Victor Marrero
U.S.D.J.